Dismissed and Memorandum Opinion filed November 5, 2009.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00441-CV

____________

 

TEXAS DEPARTMENT OF PUBLIC SAFETY, Appellant

 

V.

 

PETER WILLIAM BENSON, Appellee

 



On Appeal from
County Civil Court at Law No. 3

Harris County,
Texas

Trial Court Cause
No. 933386



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed April 13, 2009.  On October 20, 2009,
appellant filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Justices Yates, Anderson, and Boyce.